No. 5975.—V. BRAEGGER, S. EN C., aplda., *v.* AMILL, aplte.—C. D. San Juan. ▬▬▬▬▬▬ Marzo 24, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia del promovente, *se desestima*, por ser frívola, de acuerdo con la constante jurisprudencia de este tribunal establecida entre otros casos en los de *Manrique* v. *Buxó*, 40 D.P.R. 770, y *Banco de Yabucoa* v. *Benítez et al.*, 40 D.P.R. 487, la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan, con fecha 19 de enero de 1932.